# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

CenturyLink Communications, LLC, et al.

                        Plaintiff,

v.                                       Case No.: 1:18−cv−03114

                                      Honorable Sharon Johnson Coleman

Peerless Network, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 26, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' motion for leave to file under seal confidential documents filed in support of its response in opposition to plaintiffs' motion for summary judgment [285] is granted. No appearance necessary on 10/5/2022. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.